No. 96–1742.  BELSHE, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES *v.* ORTHOPAEDIC HOSPITAL ET AL.  C. A.

9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.